**Order filed, January 31, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-01135-CV
_____

**THE KROGER CO., KROGER TEXAS L.P. AND DAVID MICHAEL WELSH, Appellant**

**V.**

**AMERICAN ALTERNATIVE INSURANCE CORPORATION, AS SUBROGEE OF SPRING VOLUNTEER FIRE ASSOCIATION, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-45246**

---

## ORDER

The reporter's record in this case was due **January 22, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Carol N Castillo**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM